GEORGE H. REYNOLDS, *Appellant, v.* JAMES HYATT, *Supervisor, etc., Respondent.*—Appeal withdrawn.

SARAH J. FLANNIGAN, *Respondent, v.* ABNER WHITE, *Appellant.*— Judgment of County Court affirmed, with costs. Opinion by PRATT, J.; BARNARD, P. J., dissenting.

MATTER OF JUDICIAL SETTLEMENT OF ACCOUNT OF JACOB KIRBY, *Executor, etc.* — Portions of decree of surrogate appealed from reversed, with costs to appellant out of the estate. Opinion by BARNARD, P. J.

JOHN HIGGINS, *Respondent, v.* JOHN CAMERON and ANSEL FAGAN, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

CHARLES C. MOORE, *Respondent, v.* WILLIAM L. ALLISON, *Appellant.* — Judgment affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* ALFRED MARKS, *Appellant.*—Conviction affirmed. Opinion by BARNARD, P. J.

MATTER OF APPLICATION OF STATEN ISLAND RAILROAD COMPANY TO ACQUIRE LANDS OF BARTON. — Order appointing commissioners affirmed, with costs and disbursements. Opinion by DYKMAN, J.

THEODORE LLOYD, *by Guardian, etc., Appellant, v.* THEODORE V. PURDY, *Respondent.* — Judgment reversed and new trial granted, costs to abide event; reference vacated. Opinion by PRATT, J.

IN THE MATTER OF THE APPLICATION OF MARY E. CLARK *v.* THE VILLAGE OF NORTH TARRYTOWN — Order confirming award of commissioners and granting costs and allowances reversed and writ quashed, without costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

IN THE MATTER OF ESTATE OF HENRY H. FARNUM, *Deceased.* — Order of surrogate affirmed, with costs to respondent against the appellant. Opinion by BARNARD, P. J.

MARY CODDINGTON, *Respondent, v.* THE BROOKLYN AND CROSS-TOWN RAILROAD COMPANY, *Appellant.*—Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; PRATT, J., dissenting.

HENRY C. HIGGINSON, *Appellant, v.* ALICE T. BROWN, *Respondent.*— Reargument ordered. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

JAMES LENNOX, *Appellant, v.* THE LORILLARD STEAMSHIP COMPANY, *Respondent.*— Judgment reversed and new trial granted, costs to abide event; order denying new trial upon the ground of newly discovered evidence reversed, and new trial granted. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.